## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1. I, Jonathan Marcus, make this certification pursuant to 15 U.S.C.A. § 78u-4(a)(2).

2. I have reviewed an amended class action complaint ("Complaint") against Spirit Airlines, Inc. ("Spirit" or the "Company") and authorize its filing.

3. I did not purchase or acquire Spirit securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the federal securities laws.

4. I am willing to serve as a representative party on behalf of the Class (as defined in the Complaint), including providing testimony at deposition and trial, if necessary.

5. The attached sheet lists all of my transactions in Spirit securities through the end of the Class Period specified in the Complaint.

6. During the three-year period preceding the date on which this Certification is signed, I have not served or sought to serve as a representative party on behalf of a class under the federal securities laws.

7. I agree not to accept any payment for serving as a representative party on behalf of the Class, beyond my *pro rata* share of any recovery, except as ordered or approved by the Court under 15 U.S.C.A. § 78u-4(a)(4).

8. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**Executed** 5/12/2022
       **(Date)**

*DocuSigned by:*
*Jonathan Marcus*
8FF449718862466...
**(Signature)**

<u>Jonathan Marcus</u>
**(Type or Print Name)**

## SUMMARY OF PURCHASES AND SALES

| DATE | TYPE | NO. OF SHARES | PRICE PER SHARE |
| --- | --- | --- | --- |
| September 24, 2020 | Purchase | 648 | $15.25 |
| November 26, 2021 | Purchase | 19 | $19.96 |
| December 3, 2021 | Sale | 19 | $21.54 |