UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

| | |
|---|---|
| JONATHAN MARCUS, On Behalf of Himself and All Others Similarly Situated<br><br>Plaintiff,<br><br>v.<br><br>SPIRIT AIRLINES, INC., EDWARD M. CHRISTIE, III, CARLTON D. DONAWAY, MARK B. DUNKERLEY, H. MCINTYRE GARDNER, ROBERT D. JOHNSON, BARCLAY G. JONES III, CHRISTINE P. RICHARDS, MYRNA M. SOTO, AND DAWN M. ZIER.<br>Defendants. | Case No. 1:22-cv-03911-LMK<br><br>**NOTICE OF VOLUNTARY DISMISSAL UNDER RULE 41(a)(1)(A)(i)** |

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses the above-titled action with prejudice as to his individual claims only, and without prejudice as to any claims asserted on behalf of a purported class. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: November 29, 2022

Respectfully submitted,

**WOHL & FRUCHTER LLP**

By: *s/ Joshua E. Fruchter*
Joshua E. Fruchter (JF2970)
25 Robert Pitt Drive, Suite 209G
Monsey, NY 10952
Tel: (845) 290-6818
Fax: (718) 504-3773
Email: jfruchter@wohlfruchter.com

*Attorneys for Plaintiff*